IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA

V.                                                            CRIMINAL NO. 5:07cr30DCB-JCS

GARY DARNELL JACKSON

## PRELIMINARY ORDER OF FORFEITURE

PURSUANT to a separate Memorandum of Understanding between the defendant, **Gary Darnell Jackson**, by and with the consent of his attorney, and the UNITED STATES OF AMERICA (hereafter "the Government"), the Court finds as follows:

1. The defendant is fully aware of the consequences of his having agreed to forfeit to the Government his interests in the property described below, having been apprised of such by his attorney and by this Court; and he has freely and voluntarily, with knowledge of such consequences, entered into said Memorandum of Understanding with the Government to forfeit such property.

2. The defendant has acknowledged that he possessed the property described below in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2), as set forth in Count 8 of the Indictment (possession of a firearm while being a prior convicted felon), a crime punishable by more than one year's imprisonment. Said property was therefore involved in or used in a knowing violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2), and is therefore subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1).

IT IS, THEREFORE, ORDERED AND ADJUDGED AS FOLLOWS:

1. All of the right, title, and interests of the defendant, **Gary Darnell Jackson,** in and to the following property is hereby forfeited to the UNITED STATES OF AMERICA:

## PERSONAL PROPERTY

<u>One Cobra 380 caliber pistol, serial number FSO15477, including magazine and ammunition</u>

    2.    The United States Attorney is directed to commence the ancillary proceeding required by Title 21, United States Code, Section 853(n), by submitting to the United States Marshal for publication the proper notice, issued by the Clerk, and the Marshal shall cause such notice to be published once a week for three consecutive weeks in the ***Clarion Ledger***, a newspaper published in Hinds County, Mississippi or on an official internet government forfeiture site (**www.forfeiture.gov**).

    3.    Further, pending completion of the said ancillary proceeding or further order of the Court, the Marshal or any other federal law enforcement agency is directed to forthwith take and/or maintain possession of the above-described property.

SO ORDERED AND ADJUDGED this  9th  day of  July , 2008.


        S/David Bramlette
       HONORABLE DAVID C. BRAMLETTE
       UNITED STATES DISTRICT JUDGE