IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

GARY DARNELL JACKSON                                              PETITIONER

VS.                                          CIVIL ACTION NO. 5:08-cv-311(DCB)
                                             Criminal No. 5:07-cr-30(DCB)(JCS)

UNITED STATES OF AMERICA                                          RESPONDENT

ORDER

This cause is before the Court <u>sua sponte</u>, pursuant to Rule 4(b) of the Rules Governing § 2255 Proceedings, and having reviewed the plaintiff's Motion to Vacate Under 28 U.S.C. § 2255, the Court finds that a response to the motion by the government is required. Accordingly,

IT IS HEREBY ORDERED that the United States Attorney shall file an answer to the plaintiff's motion under 28 U.S.C. § 2255 to vacate, set aside or correct his sentence in criminal action no. 5:07-cr-30(DCB)(JCS), within thirty (30) days from the date of entry of this Order.

SO ORDERED, this the 24th day of November, 2008.

/s/ David Bramlette
UNITED STATES DISTRICT JUDGE